UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEW HAMPSHIRE

Gary S. Dean

       v.                                           Civil No. 10-cv-23-JL

Northern NH Correctional Facility, Warden

O R D E R

    I herewith approve the Report and Recommendation of Magistrate Judge Landya B. McCafferty dated September 10, 2010, after due consideration of the objection filed .  I further approve the Report and Recommendation of Magistrate Judge Landya B. McCafferty dated December 10, 2010 to which no objection was filed.

    SO ORDERED.

January 7, 2011                                        _____
                                                             Joseph N. Laplante
                                                             United States District Judge

cc:    Gary S. Dean , Pro se